ABRAHAM SOMMER, Individually, and as Guardian ad Litem of HERBERT SOMMER, an Infant, over the Age of Fourteen Years, Respondents, v. ROBERT B.

STEARNS and Others, Appellants.— Order entered October 9, 1940, granting plaintiff's motion for a preference unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. Appeal from order entered October 30, 1940, denying defendants' motion for a reargument unanimously dismissed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer, J., taking no part.